# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

In re Guardianship of Miranda Jean Crohan,
an incapacitated person.

———————————————

COGENT HEALTHCARE OF JACKSONVILLE, LLC and
RABEEH EL-RAFADI, M.D.,

Appellants,

v.

ROBERT CROHAN, as guardian of Miranda Jean Crohan,
an incapacitated person; and DARSHAN PATEL, M.D.,

Appellees.

No. 2D23-610

———————————————

March 27, 2024

Appeal from the Circuit Court for Hillsborough County; Paul L. Huey,
Judge.

Chance Lyman, Hala Sandridge, and S. Carey Villeneuve of Buchanan
Ingersoll & Rooney, PC, Tampa, for Appellants.

Kristin A. Norse, Brandon K. Breslow, Stuart C. Markman, Robert W.
Ritsch, and Andrew Bennett of Kynes, Markman & Felman, P.A., Tampa;
and Michael J. Trentalange of Trentalange & Kelley, P.A., Tampa, for
Appellee Robert Crohan.

Dinah S. Stein of Hicks, Porter, Ebenfeld & Stein, P.A., Miami, for
Appellee Darshan Patel, M.D.

PER CURIAM.

Affirmed.

SLEET, C.J., and LaROSE and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.